UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Salvatore Presta, et al.

                                    Plaintiff,

v.                                                          Case No.: 1:20–cv–02723

                                                                  Honorable Rebecca R. Pallmeyer

Local 1600 Cook County College Teachers Union, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 29, 2021:

       MINUTE entry before the Honorable Rebecca R. Pallmeyer: Having reviewed the parties' recent status report, the court continues the stay of this case in effect, and directs the parties to submit a further written status report or stipulation within 21 days. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.